B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) 08-2282 |
|---|---|
| **PLAINTIFFS** Jim's Plumbing & Heating, Inc. | **DEFENDANTS** James H. Hall & Tara M. Hall |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) Timothy J. Helbing 851 Racine Street (920) 725-2637 Menasha WI 54952 | **ATTORNEYS** (If Known) John R. Petijean 125 S. Jefferson St. #101 (920) 432-7714 Green Bay WI 54305-1424 |
| **PARTY** (Check One Box Only) ☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin ☒ Creditor ☐ Other ☐ Trustee | **PARTY** (Check One Box Only) ☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin ☐ Creditor ☐ Other ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint to determine dischargeability under Section 523 of the Bankruptcy Code.

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☒ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 49,545.69 plus interest |

Other Relief Sought
Denial of discharge.

[Stamp: United States Bankruptcy Court — OCT 2 4 2008]

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>James H. Hall and Tara M. Hall | BANKRUPTCY CASE NO.<br>08-31140 | |
| DISTRICT IN WHICH CASE IS PENDING<br>Eastern District of Wisconsin | DIVISION OFFICE | NAME OF JUDGE<br>McGarity |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>Timothy J. Helbing | | |
| DATE<br>October 23, 2008 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Timothy J. Helbing | |

**INSTRUCTIONS**

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: James H. Hall and
Tara M. Hall

Case No: 08-31140
(Chapter 7)

Debtors.

Jim's Plumbing and Heating, Inc.
W6166 Greenville Drive
Greenville WI 54942,

Plaintiff,

v.

Adversary No. 08-2282

James H. Hall and
Tara M. Hall
W2418 County Highway KK
Appleton WI 54915,

Defendants.

## COMPLAINT TO DETERMINE DISCHARGEABILITY

Jim's Plumbing and Heating, Inc., plaintiff herein, by its counsel, Timothy J. Helbing, states the following complaint against the defendants:

1. This is a core proceeding over which this court has jurisdiction under 28 U.S.C. § 157(b).

2. Defendants are debtors in this Chapter 7 case. Plaintiff is a creditor of the defendants.

3. This is an adversary proceeding to determine dischargeability of a debt.

4. At all times material, James H. Hall has been an officer, director, and agent of Hall Development, responsible for the management of Hall Development's day to day activities.

5. Hall Development, acting as a prime contractor as that term is defined under *Wis. Stats.* §779.01(2), hired the plaintiff, as a subcontractor, to provide various labor and materials for various construction projects.

6. Hall Development has been paid by the owner of the properties that are the subject of said construction projects.

7. The money that Hall Development received on account of said construction contracts were trust funds in Hall Development's hands, at least to the extent of Hall Development's liability to the plaintiff with respect to said subcontracts.

8. Hall Development, acting through James H. Hall, failed to turn over said trust funds to the plaintiff.

9. As a result of said failure to turn over the trust funds, a money judgment was entered against both James H. Hall and Hall Development in the amount of $49,545.69 on August 11, 2008 in Outagamie Court Case No: 08-CV-878.

10. The money judgment entered against James H. Hall is nondischargeable under section 523(a)(4) of the Code.

WHEREFORE, the plaintiff requests that the court determine the $49,545.69 money judgment be nondischargeable; that the plaintiff have such other relief the court deems just and equitable, including all costs, disbursements and reasonable attorney's fees.

Dated this 23rd day of October, 2008.

HELBING LAW OFFICE, LLC

By: _/s/ Timothy J. Helbing_
Timothy J. Helbing
851 Racine Street
Menasha WI 54952
Phone (920) 725-2637
Fax (920) 725-2697
State Bar No.: 1037603

B 250A
(8/96)

# United States Bankruptcy Court

_Eastern_ District Of _Wisconsin_

In re _James H. Hall and Tara M. Hall_,  )
  Debtor          )
            ) Case No. _08-31140_
            )
_Jim's Plumbing & Heating, Inc._,  ) Chapter _7_
  Plaintiff        )
            )
  v.          )
_James H. Hall and Tara M. Hall_,  ) Adv. Proc. No. _08-2282_
  Defendant        )
            )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk  _U.S. Bankruptcy Clerk_
_Room 126, U.S. Courthouse_
_517 E. Wisconsin Avenue_
_Milwaukee WI 53202-4581_

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney  _Timothy J. Helbing_
_851 Racine Street_
_Menasha WI 54952_

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____
Clerk of the Bankruptcy Court

_____  By: _____
  Date          Deputy Clerk

October 23, 2008



Clerk, U.S. Bankruptcy Court
Eastern District of Wisconsin
Federal Courthouse, Room 126
517 East Wisconsin Avenue
Milwaukee WI 53202

RECEIVED - MAIL

2008 OCT 24 A 9:10

US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

Dear Clerk:

Re: James H. Hall and Tara M. Hall
Case No: 08-31140

Enclosed please find an original and four (4) copies of the Summons and Complaint and the original Adversary Proceeding Cover Sheet B 104 regarding the above-referenced matter.

Please issue the summons, and return four (4) file-stamped copies of the summons and complaint to my office in the enclosed envelope. I will thereupon serve the same.

Also enclosed is a check in the amount of $150.00 for the filing fee.

Very truly yours,

HELBING LAW OFFICE, LLC

Timothy J. Helbing

Enclosures

851 Racine St., Menasha, WI 54952 • Telephone: 920.725.2637 • Facsimile: 920.725.2697
Case 08-31140-mdm    Doc 9    Filed 10/24/08    Page 6 of 6